THOMAS J. LEFTWICH, for plaintiff in error
C. D. HILL, solicitor-general, *contra*.

---

### DELK *v.* THE STATE.

92a 453|
97 212|

92  453
Case 1
f127  827

92    453|
Case 1
129    730|

1. The general charge being full and fair on the subject of reasonable doubt in connection with the law of self-defence, including reasonable fears, there was no error in refusing to charge: "If you have a reasonable doubt as to whether the defendant, Delk, acted when he cut Evans, the deceased, under circumstances calculated to excite the fears of a reasonable man, or whether he felt at the time he cut Evans, the deceased, and had reason to feel from the circumstances, that it was necessary to cut Evans, the deceased, to save his life, limb or person, then he would be justifiable, and you should acquit him," even if this request was a correct statement of the law. *McDuffie* v. *The State*, 90 *Ga.* 786. Nor was there any error in charging as follows: "But if you do not believe he is guilty of either [murder or voluntary manslaughter] beyond a reasonable doubt, and that this homicide was done in self-defence, then it would be your duty to find the defendant not guilty."

2. The verdict for voluntary manslaughter was amply sustained by the evidence, and there was no error in refusing to grant a new trial.        *Judgment affirmed.*

March 14, 1893.

Indictment for murder. Before Judge RICHARD H. CLARK. Fulton superior court. September term, 1892.

JORDAN & ROBINSON, for plaintiff in error.
C. D. HILL, solicitor-general, *contra*.

---

### BOISCLAIR *v.* THE STATE.

92b 453|
113  699|

A verdict of guilty upon the trial of the main case will not be set aside because of a wrong finding, whether by the court or by a jury, upon a special plea of misnomer which was disposed of before the trial of the main case began, there being no direct motion to set aside the finding on the special plea, but only a motion for a new trial in the main case, with alleged error in disposing of the special plea as one of the grounds thereof. *Kneeland et al.* v. *The State*, 62 *Ga.* 395. Although there are cases in which a different line of practice has been pursued, they are not inconsistent with the